UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY DORSEY,<br><br>                Plaintiff,<br><br>vs.<br><br>SITEL OPERATING CORPORATION,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-0154-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** under Local Rule 41.3A(2) NDGa for failure to obey a lawful order of the Court.

Dated at Atlanta, Georgia, this 28th day of April, 2021.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                  By:   s/ Teressa Frazier
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 28, 2021
James N. Hatten
Clerk of Court

By:   s/ Teressa Frazier
       Deputy Clerk